# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133386 & (12)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICK STEPHEN JANICEK and
KIMBERLY JANICEK,
        Plaintiffs-Appellants,

v

ALAN LEE BOUGHNER and JENNIFER R.
BOUGHNER,
        Defendants-Appellees.

_____/

SC: 133386
COA: 272388
Cheboygan CC: 05-007504-NI

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 31, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

                                    Clerk

t0416